IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRANCE PROCTOR,**　　　　　　　　　　　　　　　　　　　　　　　　　**PETITIONER**
**ADC # 087410**

V.　　　　　　　　**CASE NO. 4:20-CV-1031-BRW-BD**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**　　　　　　　　　　　　　　　　　　　　　**RESPONDENT**

### ORDER

I have reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere and Mr. Proctor's objections.　I have also conducted a *de novo* review of the record. After careful consideration, I approve and adopt the Recommendation in all respects.

Accordingly, Mr. Proctor's petition for writ of habeas corpus (Doc. No. 2) is DISMISSED, without prejudice.

A certificate of appealability will issue on the issue of whether Mr. Proctor received an intervening, new judgment.

IT IS SO ORDERED, this 14thd day of April, 2021.

　　　　　　　　　　　　　　　　　　　　　　　Billy Roy Wilson_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE