IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRANCE PROCTOR,**   **PETITIONER**
**ADC # 087410**

V.   **CASE NO. 4:20-CV-1031-BRW-BD**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**   **RESPONDENT**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that Terrance Proctor's petition for writ of habeas corpus (Doc. No. 2) is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 14thd day of April, 2021.

Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE

1